# EXHIBIT 1
# Email to City Site Plans (1-17-25)



Sebastian Rucci <sebastian@ruccilaw.com>

## Initial Data Center Site Plan Drawings and Videos
2 messages

---

**Sebastian Rucci** <sebastian@ruccilaw.com>  Fri, Jan 17, 2025 at 4:59 AM
To: Omora@cityofimperial.org, DDale@imperial.ca.gov
Cc: tom@dubosedesigngroup.com

Good Morning, Othon and David,

We are progressing with our data center project and wanted to share some initial drawings. I have attached the latest data center site plan. We also have an alternative site plan with a much larger substation area (26 acres). It is still in its initial drawings, so we are not sure which one ▮▮▮▮ will select, but your comments on any glaring issues would be appreciated. Also attached are some 3D sketches.

The following email is separated due to size. It is a video of Data Center Site #1. Tom Duboise is doing site work on the project and will soon have more detailed site plan drawings. I will keep you updated with additional videos as they are created. But for now, our concept is being formulated, and your initial comments would be greatly appreciated. Tom and I can come to you anytime that works best for you to talk about your initial observations.

Thank you.

Sincerely,

Sebastian
Imperial Valley Computer Manufacturing, LLC
Law Office of Sebastian Rucci, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Office: (562) 901-0199
Cell: (330) 720-0398
Fax: (562) 249-6910
Email: Sebastian@RucciLaw.com

**3 attachments**

- 📄 **Data Center (1-16-25).pdf**
  4421K

- 📄 **Data Center Alternative (1-16-25).pdf**
  6039K

- 📄 **Building Sketches (1-16-25).pdf**
  2299K

---

**Sebastian Rucci** <sebastian@ruccilaw.com>  Fri, Jan 17, 2025 at 5:05 AM
To: Omora@cityofimperial.org, DDale@imperial.ca.gov
Cc: tom@dubosedesigngroup.com

📄 3D Animation of Data Center (1-16-25).mp4

Attached is a video of Data Center Site #1 (the 95 acres in the City of Imperial)

# Imperial Valley Data Center Campus (1-16-25)





