# EXHIBIT 2
# Email to City - Meeting Plans; Reclaimed Water (2-28-25)



Sebastian Rucci <sebastian@ruccilaw.com>

# Pre-Application Meeting for Data Center
9 messages

---

**Sebastian Rucci** <sebastian@ruccilaw.com>  Fri, Feb 28, 2025 at 11:17 AM
To: Omora@imperial.ca.gov, DDale@imperial.ca.gov, communitydevelopment@imperial.ca.gov
Cc: Tom DuBose <tom@dubosedesigngroup.com>, Hector Casas <Hector@ruccilaw.com>, gary@ruccilaw.com
Bcc: Hector Cassas <HjCasas@icloud.com>, Gary Messina <gmessina5@gmail.com>

Good Morning, Othon and David,

We are finally ready to proceed with submitting for the data center. I've attached our site plan for the data center project for Site #1—the 95 acres at Imperial and Aten Road.
Please schedule a pre-application meeting at your convenience to discuss compliance and purchasing reclaimed water, etc. I can update you at the meeting on our progress since our last in-person meeting.
In the following emails, building sketches and animation videos are attached. I separated them due to size.
Please let me know what day next week works best for you. We are excited to make a formal submittal after our meeting.
Thank you.

Sincerely,

Sebastian Rucci
Imperial Valley Computer Manufacturing, LLC
Law Office of Sebastian Rucci, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Office: (562) 901-0199
Cell: (330) 720-0398
Fax: (562) 249-6910
Email: Sebastian@RucciLaw.com
Website: ImperialDataCenter.com

📄 **Data Center Site Plan (2-28-25).pdf**
1320K

---

**Sebastian Rucci** <sebastian@ruccilaw.com>  Fri, Feb 28, 2025 at 11:18 AM
To: Omora@imperial.ca.gov, DDale@imperial.ca.gov, communitydevelopment@imperial.ca.gov
Cc: Tom DuBose <tom@dubosedesigngroup.com>, Hector Casas <Hector@ruccilaw.com>, gary@ruccilaw.com

Attached are building sketches and three-dimensional plans
[Quoted text hidden]

**2 attachments**

📄 **Building Sketches (2-09-25).pdf**
5411K

📄 **Three Dimmension Plans (1-29-25).pdf**
14769K

---

**Sebastian Rucci** <sebastian@ruccilaw.com>  Fri, Feb 28, 2025 at 11:19 AM
To: Omora@imperial.ca.gov, DDale@imperial.ca.gov, communitydevelopment@imperial.ca.gov
Cc: Tom DuBose <tom@dubosedesigngroup.com>, Hector Casas <Hector@ruccilaw.com>, gary@ruccilaw.com

Attached are three animations of the data center campus.
(1) Animation overlayed on drone footage,

(2) animation of building #1 (250 MW on 95 acres), and
(3) animation of all three contiguous buildings in the Imperial and Aten Road area.

📄 Animation with Drone Footage (2-20-25).mp4

📄 Animation Building No. 1 (2-09-25).mp4

📄 Annimation All Three Buildings (1-29-25).mp4

On Fri, Feb 28, 2025 at 11:17 AM Sebastian Rucci <sebastian@ruccilaw.com> wrote:

---

**Yvonne Cordero** <ycordero@imperial.ca.gov>                           Fri, Feb 28, 2025 at 1:48 PM
To: Sebastian Rucci <sebastian@ruccilaw.com>, Othon Mora <omora@imperial.ca.gov>, David Dale <ddale@imperial.ca.gov>
Cc: Tom DuBose <tom@dubosedesigngroup.com>, Hector Casas <Hector@ruccilaw.com>, "gary@ruccilaw.com" <gary@ruccilaw.com>

Good Afternoon Mr. Rucci,

We look forward to working with your team on this exciting project. I can arrange a pre-application meeting for next week. Our staff is available:

   Tuesday 3-5pm

   Thursday 8am-12pm and 3-5pm

Please advise of your team's availability and I will follow up with a meeting invite.

Best Regards,



YVONNE CORDERO
PLANNER
ycordero@imperial.ca.gov
Community Development Department
400 S. Imperial Avenue, Suite 101
Imperial, CA 92251
(760)355-3326