# EXHIBIT 3
# City email - Site Plan Application (3-04-25)



Sebastian Rucci <sebastian@ruccilaw.com>

## SPR 25-03 IV Computer Manufacturing LLC
1 message

**Yvonne Cordero** <ycordero@imperial.ca.gov>  Tue, Mar 4, 2025 at 4:29 PM
To: Sebastian Rucci <sebastian@ruccilaw.com>, Hector Casas <Hector@ruccilaw.com>
Cc: Othon Mora <omora@imperial.ca.gov>, Lorena Galindo <lgalindo@imperial.ca.gov>, Tom DuBose <tom@dubosedesigngroup.com>

Good afternoon,

Attached please find the executed Planning Application for Site Plan Review 25-03 for your records.

Best Regards,



PLEASE NOTE MY EMAIL ADDRESS HAS CHANGED

📎 **Planning Application.pdf**
813K



# Planning Application

**Community Development Department**
400 South Imperial Avenue, Suite 101
Imperial, CA 92251
Phone (760) 355-1152 | Fax (760) 355-4718

Permit Number _____

## Applicant/Owner Information

Applicant: Imperial Valley Computer Manufacturing, LLC
Contact Person: Tom Dubose ( Authorized Agent)
Mailing Address: 1065 West State Street, El Centro, CA - 92243
Email: tom@dubosedesigngroup.com / annette@dubosedesigngroup.com
Phone: (760) 353-8110

Owner Name(s):
Imperial Valley Computer Manufacturing. LLC
Mailing Address: 16400 PCH. Suite 212, Huntington Beach, CA 92649
Email: sebastian@ruccilaw.com
Phone: (760) 353-8110

## Permit Information

**Administrative Review**
- ☐ Lot Line Adjustment
- ☐ Parcel Map Waiver
- ☐ Downtown Architectural Permit
- ☐ Off-Site Improvements
- ☐ Temporary Use Permit
- ☐ Temporary Use Permit for Mobile Food Facility
- ☐ Other _____

**Commission/Council Review**
- ☐ Zoning & Code Text Amendment
- ☐ Zone Change / Pre-Zone
- ☐ General Plan Amendment
- ☐ Planned Unit Development
- ☐ Specific Plan / Specific Plan Amendment
- ☐ Variance
- ☐ Conditional Use Permit
- ☐ Land Use Classification
- ☐ Tentative Map
- ☐ Annexation
- ☒ Other  Site Plan Review

## Project Information

Project Location (address):
385 W. Aten Road, Imperial CA 92251

Existing Zoning: C-2
Proposed Zoning: C-2

Assessor's Parcel Number(s):
044-220-035-, 049, -059, -065, -056

Parcel/Lot Size: 94.54
Building Sq Ft: TBD

Detailed Project Description (attach additional sheets if necessary):
Priliminary Site Plan Review for proposed Imperial Valley Data Center Campus.

## Filing Fees

Every application, request for permit, or request for a planning review or service procedure to the Community Development Department shall include a fee and deposit as prescribed herein. The department shall not accept or receive any such request without the proper fee, and no fee shall be waived by the department.

## Use/Cost of Consultants

The Community Development Department, at the discretion of the Community Development Director, may use or employ outside independent consultants to assist in processing applications, conduct special studies or provide expertise not available within the department.

The cost for such consultants shall be a charge against the project and is in addition to the City's fees. As consultant fees are paid, the applicant may be required to maintain the deposit at a level determined by the Community Development Director. Failure to maintain the required deposit shall result in a cessation in the processing of the subject application. The City shall return that portion of the deposit, if any, remaining at project completion. In accordance with City policy to ensure cost recovery, staff time spent on these projects will be tracked, and developers will be billed based on actual labor, material, equipment, and the indirect cost rate. The deposit amount will be maintained in a City Trust Fund account and used to pay for staff and consultant services on a time and materials basis. If the consultant's services amount exceeds the deposit, the applicant will be billed for the difference. The deposit must be maintained in the full amount as directed by the Community Development Director.

Applicant is responsible for any fees associated with the City of Imperial City Clerk's office and any department required for processing said application from the County of Imperial.

Fire Department Fees are paid and processed separately from the Community Development Department.

## Indemnification Agreement

Applicant and Owner agree, as part of and in connection with each and any of the application(s), to defend, indemnify, and hold harmless the City of Imperial ("City") and its officers, contractors, consultants, attorneys, employees and agents from any and all claim(s), action(s), or proceeding(s) (collectively referred to as "proceeding") brought against City or its officers, contractors, consultants, attorneys, employees, or agents to challenge, attack, set aside, void, or annul:

   a. Any approvals issued in connection with any of the above described application(s) by City; and/or

   b. Any action taken to provide related environmental clearance under the California Environmental Quality Act of 1970, as amended ("CEQA") by City's advisory agencies, boards or commissions; appeals boards or commissions; Planning Commission, or City Council. Applicant's indemnification is intended to include, but not be limited to, damages, fees and/or costs awarded against or incurred by City, if any, and costs of suit, claim or litigation, including without limitation attorneys' fees and other costs, liabilities and expenses incurred in connection with such proceeding whether incurred by Applicant, City, and/or parties initiating or involved in such proceeding.

Applicant's defense and indemnification of City set forth herein shall remain in full force and effect throughout all stages of litigation including any and all appeals of any lower court judgments rendered in the proceeding.

After review and consideration of all of the foregoing terms and conditions, Applicant, by its signature below, hereby agrees to be bound by and to fully and timely comply with all of the foregoing terms and conditions.

Executed at _____March 4_____ California on _____, 202 5

**Applicant**

By: Signature: _____
Printed Name Annette Leon, Authorized Agent
Title: Vice President, Dubose Design Group, Inc.

**Property Owner**
(If different from Applicant)

By: Signature: _____
Printed Name Sebastian Rocci
Title: Managing member

## Signatures

The undersigned hereby declare and certify that they are all the owners of the property described in this application and that the information stated above and on forms, plans and other materials submitted herewith in support of the application is true and correct to the best of our knowledge.

**Applicant**

By: Signature: _____
Printed Name Annette Leon, Authorized Agent
Title: Vice President, Dubose Design Group, Inc.

**Property Owner**
(If different from Applicant) Imperial Valley Computer Manufacturing, LLC.

By: Signature: _____
Printed Name Sebastian Rocci
Title: Managing member