# EXHIBIT 4
# Reclaimed Water Emails (3-07-25)



Sebastian Rucci <sebastian@ruccilaw.com>

# FW: Title 22 Engineering Report
1 message

**David Dale** <ddale@imperial.ca.gov>  Wed, Mar 5, 2025 at 1:26 PM
To: "sebastian@ruccilaw.com" <sebastian@ruccilaw.com>
Cc: Christopher Kemp <ckemp@imperial.ca.gov>

Sebastian,

As I see it, we can do the Title 22 Report in two different ways. You can contract directly with Webb (see below) or deposit $30k with the City. Either way will work. The contract directly with Webb may work better since I may have to get legal to draft an agreement, and that may take some time.

I have attached the WWTP report and water quality sampling data.

David Dale, PE, PLS

Public Services Director

City of Imperial

420 S. Imperial Avenue

Imperial, CA 92251

760-355-3336 direct



**From:** Brian Knoll <brian.knoll@webbassociates.com>
**Sent:** Friday, November 1, 2024 5:44 PM
**To:** David Dale <ddale@imperial.ca.gov>; Shane Bloomfield <shane.bloomfield@webbassociates.com>; Justin Logan <justin.logan@aquaeng.com>
**Cc:** Chris Kemp <ckemp@cityofimperial.org>; Jenell Guerrero <jguerrero@imperial.ca.gov>
**Subject:** RE: Title 22 Engineering Report

We have the original design report (Attached) for the Plant Upgrade project that has some of the background information to complete the Title 22 Engineer's report. This would be a good starting point. Some of the information not contained would be:

- Update of influent flows and characteristics
- discussion of redundancy and operation
- Controls, alarms, and diversions
- Distribution system, land use, containment, and operations (assume this would be fairly simple if it is only one user)

The previous Title 22 Reports we have done with similar PDR level information have been in the $15-25K range but did not include distribution. I would assume this one will be in the range of $30k.

An additional item that will be need to addressed is validating the UV system and the onsite bioassay test. I am not sure what the cost of that test are but it needs to be factored into the planning. I assume it would take us about 8-12 weeks to complete the report. Tasks outside our control that could extend the schedule would be influent water quality sampling/data gathering and the UV validation.

If this seems reasonable and the applicant would like to move forward, we can prepare a detailed proposal.

Let me know if you would like to proceed.

Thank you.



**Brian Knoll, PE**
**Chief Operations Officer**

T (951)248-4279 | C (951)830-3389
E brian.knoll@webbassociates.com
3788 McCray St | Riverside, CA | 92506




**From:** David Dale <ddale@imperial.ca.gov>
**Sent:** Monday, September 23, 2024 1:45 PM
**To:** Shane Bloomfield <shane.bloomfield@webbassociates.com>; Brian Knoll <brian.knoll@webbassociates.com>
**Cc:** Chris Kemp <ckemp@cityofimperial.org>; Jenell Guerrero <jguerrero@imperial.ca.gov>
**Subject:** Title 22 Engineering Report

Brian,

Last week, the City Council approved the (5) "On-Call" engineering firms. Webb is one of our On-Call engineering firms.

A proposed solar power plant has approached the city to use recycled water for nonpotable uses - construction and dust control. We need a Title 22 Engineering Report to determine if the wastewater plant can meet Title 22 requirements for water quality, any additional sampling, the cost of necessary improvements, Title 22 permits, timeframes, and any other requirements.

Can you provide a ballpark cost estimate to prepare the report? The recycled water user requested it to determine if they want to go that route. If they agree to cover the costs, we will request a proposal on a task-order basis. The city might request the report regardless of the needs of this particular user since it is becoming more likely that recycled water will be needed in the near future.

Please see the following link:

Guidelines for the Preparation of an Engineering Report for the Production, Distribution and Use of Recycled Water (ca.gov)

If you have any questions, please get in touch with me.

David Dale, PE, PLS

Public Services Director

City of Imperial

420 S. Imperial Avenue

Imperial, CA 92251

760-355-3336 direct



---

**6 attachments**

- **Imperial CWSRF Report  9 SEP 2016 DRAFT.pdf**
  21251K
- **2024 Priority Pollutants Testing Results J185193-1 UDS Level 2 Report Final Report.pdf**
  1490K
- **2025-02-03 WC-825  M-926  RSW-002 Effluent Nutrients Imperial WWTP Final Report.pdf**
  891K
- **2025-02-05  Imperial WWTP Copper and Bis 2-ethylhexyl Phthalate Summary Final Report.pdf**
  1306K
- **2025-02-05 WC-839  Imperial WWTP BODTSS Oil Final Report.pdf**
  864K
- **2025-02-24 M-997  Imperial WWTP Final Report.pdf**
  839K

**The Law Office of SEBASTIAN RUCCI, P.C.**

Sebastian Rucci <sebastian@ruccilaw.com>

---

## FW: Title 22 Engineering Report

**Sebastian Rucci** <sebastian@ruccilaw.com>   Fri, Mar 7, 2025 at 8:35 PM
To: David Dale <ddale@imperial.ca.gov>
Cc: Christopher Kemp <ckemp@imperial.ca.gov>, Brian Knoll <brian.knoll@webbassociates.com>

Good Evening David,

I spoke with Brian from Webb Associates. He is very sharp and has a great memory. I will secure a proposal to have Webb do the engineering work to secure approval for the City to sell ▮▮▮▮▮ reclaimed water.
Thank you for forwarding the information. I'll keep you posted as we move forward. Thank you.

Sincerely,

Sebastian Rucci
Imperial Valley Computer Manufacturing, LLC
Law Office of Sebastian Rucci, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Office: (562) 901-0199
Cell: (330) 720-0398
Fax: (562) 249-6910
Email: Sebastian@RucciLaw.com
Website: ImperialDataCenter.com

On Wed, Mar 5, 2025 at 1:26 PM David Dale <ddale@imperial.ca.gov> wrote:
[Quoted text hidden]