# EXHIBIT 5
# Site Plan Review Letter (4-04-25)



**CITY COUNCIL**
James Tucker – Mayor
Ida Obeso-Martinez – Mayor Pro-Tem
Katie Burnworth – Councilmember
Robert Amparano – Councilmember
Stacy Mendoza – Councilmember

**CITY CLERK**
Kristina M. Shields

**CITY MANAGER**
Dennis H. Morita

**CITY ATTORNEY**
Katherine Turner

April 4, 2025

Imperial Valley Computer Manufacturing, LLC
16400 PCH, Suite 212
Huntington Beach, CA 92649

RE: SPR 25-03 Imperial Valley Data Center Campus

Dear Mr. Sebastian:

The City of Imperial has reviewed the site plan submitted for the above-referenced project. Our Development Review Committee has reviewed your proposed site plans and has submitted the following departmental comments.

### **GENERAL**

1. The project consists of the development of Data Center, Battery Storage buildings and a substation to be constructed on APN 044-220-035, 044-220-049, 044-220-059, 044-220-065 and 044-220-066.

2. Upon preliminary review of the site plan, the City of Imperial acknowledges that the project may have potential environmental considerations requiring further evaluation. At this stage, an Initial Study has not been conducted, and no determination has been made regarding the necessity of an Environmental Impact Report (EIR) or other environmental documentation under the California Environmental Quality Act (CEQA). However, given the project's scale and characteristics, various environmental factors—such as power demand, water consumption, hazardous materials management, traffic impacts, air quality, fire safety, noise, aesthetics, and landscaping—may warrant additional analysis. As the project progresses through the review process, the City may require technical studies, including but not limited to a traffic impact analysis, water supply assessment, air quality study, noise study, and fire hazard evaluation, to assess potential impacts and determine appropriate mitigation measures, if necessary.

3. The submitted site plan does not clearly indicate the land use and zoning designation for the project site, and commercial and industrial zoning use data are not listed. While the applicant has stated that the intended use is a data center, this use is not explicitly listed in the city's zoning code, nor is the substation. Therefore, clarification is required to determine whether the proposed uses align with existing zoning regulations or if the project will necessitate a General Plan Amendment, Rezoning, and Zoning Text Amendment. Additionally, a comprehensive list of all project components and their respective land use classifications should be provided to ensure consistency with the city's zoning requirements. Furthermore, commercial frontage along SR-86 should be reserved for retail uses to allow for future retail development. To enhance site planning and minimize visual and operational impacts, the substation should be located at the rear (east) of the project site, while the data center should be positioned on the west side to provide a buffer and shield the substation from public view. Additionally, retention basins should be placed on the east side of the project site, ensuring they are not visible from SR-86, maintaining an aesthetically cohesive streetscape along the corridor.

4. Provide complete building dimensions, height and total square footage for all proposed structures. Show required and proposed setbacks consistent with applicable zoning regulations.

5. Provide direct access to the site from Wall Road and show all ingress/egress points and types of improvements proposed at the intersection of SR86 and Wall Road.

6. Provide proposed roadway improvements along Aten Road and SR86- Wall Road to accommodate project-related traffic, including but not limited to a deceleration lane, dedicated entrance lane, or other necessary modifications to ensure safe and efficient site access and circulation. Coordination with the City's Engineering Division may be required.

7. Clearly identify all existing and proposed utility easements on the site plan, including public utility access.

8. If the project is proposed in phases, include a phasing plan and timeline indicating the order and scope of construction activities.

9. Include parking calculations and a detailed parking layout showing the number of spaces required and provided.

10. Identify water and sewer connection points and how they will connect to existing public infrastructure.

11. Please existing and propose fire hydrants.

12. Show location and design of a trash enclosure that complies with city standards.

13. All improvements within the public right-of way shall be designed and built according to City standards and specifications and submitted for review with an encroachment permit.

14. The project shall comply with all other applicable State and City regulations, ordinances and resolutions.

15. Pursuant to Section 24.19.595 of the City of Imperial's Municipal Code, this Site Plan Review shall become null and void if not exercised within one year.

16. All utility connections shall be designed to coordinate with the architectural elements of the site so as not to be exposed except where necessary. Pad-mounted transformers and/or meter box locations shall be included in the site plan with an appropriate screening treatment. Power lines and overhead cables shall be installed underground.

17. The building shall be designed to minimize energy consumption requirements, and may include but not necessarily be limited to, the following conservation measures:
    a. Cogeneration;
    b. Eave coverage for windows;
    c. Double-glazed windows;
    d. Earth berming against exterior walls;
    e. Greenhouses;
    f. Deciduous shade trees

18. Front and street side yards shall be landscaped. Said landscaping shall consist predominantly of drought-tolerant low-maintenance plant materials. The proposed landscaping shall be permanently maintained in a healthy and thriving condition, free from weeds, trash, and debris. A landscaping plan consistent with MWELO is required for the City's review and approval. All landscaped areas shall be maintained in a clean, neat, and healthy condition whether the building is occupied or vacant.  Maintenance shall include proper watering, fertilizing, weeding, removing litter, and replacement of plants when necessary.

19. The noise level emanating from any commercial use or operation shall not exceed five decibels (as defined in the Occupational Safety and Health Act of 1970) above the ambient lever of the area measured at the property line.

20. All ground-mounted mechanical equipment, including heating and air conditioning units, and trash receptacle areas, shall be completely screened from surrounding properties by use of a wall or fence or shall be enclosed within a building. Structural and design plans for any required screening under the provisions of this section shall be approved by the Community Development Director or Building Official.

21. All roof appurtenances including, but not limited to air conditioning units, and mechanical equipment shall be shielded and architecturally screened from view from on-site parking areas and adjacent public streets.

22. The project shall require an approved building permit prior to commencing any work at the project site. Provide the following electronic submittals with the building permit application:

    a. Building plans prepared by a professional designer for the Building Official's review and approval. Plans should include MEPs and calculations, underground utilities, landscape plans, green code notes, accessibility sheets and notes, structural calculations, geotechnical reports, truss calculations, and energy calculations.

23. Construction documents submitted for review shall be designed based on the 2022 California Building Codes, including the 2022 Building Efficiency Standards and the 2022 California Green Code.

24. A construction water management plan shall be required and provided prior to the issuance of a building permit.

25. Prior to any building permit being issued, a grading permit from the Engineering Division shall be obtained.

26. Building permits will not be issued for any new construction related to the project until development impact and capacity fees are paid before final inspection.

27. Any water, sewer, and storm-drain systems onsite shall be maintained by the development and not by the City. Any future tie-ins to the onsite system shall first require a building permit. Any future work or maintenance of the onsite utilities shall be performed by a licensed contractor.

28. Irrigation, building, and fire backflow preventers shall be required and a plan depicting their location is necessary for review and approval by the Public Services Department.

29. All required off-street parking spaces shall be designed, located, constructed, and maintained to be fully usable during workday periods or as needed by the use of the premises. With the exception of providing parking for a minimum of five (5) bicycles and one (1) motorcycle, vehicle parking requirements on the provided site have been met. Bicycle parking facilities shall be a stationary storage rack or device designed to secure the frame and wheel of the bicycle. The motorcycle space shall be clearly marked and appropriately spaced to prevent automobile usage.

30. ADA and motorcycle parking spaces shall be located within 100 feet of an entrance to the facility.

31. All parking facilities shall be maintained in good operating condition for the duration of the building's use and shall not be used for any storage or repair of vehicles or equipment.

32. All parking facilities shall have lighting designed and installed so as to confine direct rays to the site. Parking lot lights shall be a maximum height of eighteen (18) feet from the finished grade of the parking surface and directed away from all property lines.

33. An accessible pathway shall be provided to the facility entrance from the public right-of-way.

34. Parking areas shall be separated from structures by either a raised concrete walkway or landscaped strip, preferably both.

35. The required parking spaces must be designated on concrete or asphalt and shall be designed in accordance with 24.13 of the City of Imperial's Municipal Code. All drivable areas shall be paved with concrete or asphalt.

36. Enhanced paving shall be provided at a minimum depth of ten feet at the primary vehicular driveway entrance, immediately behind the street right-of-way line to the development.

37. In compliance with Senate Bill 1383, State regulation, and the City of Imperial's procurement requirement, the applicant shall integrate compost and mulch from a CalRecycle-certified composter in all landscaped areas. Proof of eligible compost supplier must be submitted to the City prior to the issuance of a Certificate of Occupancy.

38. In compliance with Senate Bill 1383, the proposed fast food restaurant will be subject to the law's requirement and the City's monitoring of recycling organic waste by subscribing to the organics collection service, providing an organic waste receptacle for customers to dispose of their organic waste with identifying signage, educating staff about proper recycling disposal, conducting inspections for contamination and donating excess edible food.

39. Section 140.10 of the 2022 California Energy Code requires the installation of PV solar with a battery backup for all new commercial construction projects. PV solar plans must be included during the building permit submittal process.

**POLICE DEPARTMENT**

40. Security precautions such as sufficient lighting, security cameras, or other crime prevention measures shall be required.

41. An enclosed, lockable trash enclosure shall be required.

42. The proposed use and associated structures shall not interfere with existing or future public safety radio communications, including those used by police, fire, and emergency services. The applicant may be required to coordinate with the City's public safety departments to ensure there is no signal disruption.

**PUBLIC SERVICES DEPARTMENT**

43. A precise grading plan is required.

Please review and address the items above before resubmitting the site plan. If you have any questions or if we can be of any further assistance, please do not hesitate to contact our office.

Sincerely,

Othon Mora MCM, CBO
Community Development Director

cc: Deputy Fire Marshal Andrew Loper, Imperial County Fire Department
    Chief Aaron Reel, Imperial Police Department
    Captain Max Sheffield, Imperial Police Department
    David Dale, Public Services Director
    Cody Cole, Building Inspector II