# EXHIBIT  6
# Letter to City Amended Plans
# (5-14-25)

***IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC***
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Phone: (562) 901-0199
Fax: (562) 249-6910
Email: Sebastian@RucciLaw.com

May 14, 2025

Othon Mora, Community Dev. Director (OMora@Imperial.CA.gov)
David Dale, Public Services Director (Ddale@Imperial.CA.gov)
Michael Bracken (Michael@dmgeconomics.com)
Andrew Loper, Deputy Fire Marshal (AndrewLoper@co.Imperial.CA.us)
Chief Aaron Reel, Imperial Police Department (AReel@CityofImperial.org)
Captain Max Sheffield, Imperial Police Department (MSheffield@CityofImperial.org)
Cody Cole, Building Inspector II (CCole@CityofImperial.org)
Yvonne Cordero (YCordero@Imperial.CA.gov)
Tom Dubose (Tom@DuboseDesignGroup.com)

CITY OF IMPERIAL
Attn: Othon Mora, Community Dev. Director
400 South Imperial Avenue, Suite 101, Imperial, CA 92251

Re: SPR 25-03 Imperial Valley Data Center Campus

Dear Director Mora:

    Along with this letter, I've attached a PDF file of revised plans. The 17-page plans include a parking plan, conceptual landscaping, grading plan, architectural elevations, and more. I will soon submit updated video animations of the proposed Data Center projects.

### REVISED PLANS PROVIDE FULL COMPLIANCE
The City's comments are addressed within the new 17-page plan set, which includes:

| | | |
|---|---|---|
| C-1 Title Sheet | C-7 Retail Parking | C-13 Alta Survey |
| C-2 Site Plan (Part 1) | C-8 Grading (Part 1) | C-14 Alta Survey Notes |
| C-3 Site Plan (Part 2) | C-9 Grading (Part 2) | C-15 Architectural Plans |
| C-4 Utility Plan (Part 1) | C-10 Road Improvements | C-16 Construction Details |
| C-5 Utility Plan (Part 2) | C-11 Landscape (Part 1) | C-17 Construction Notes |
| C-6 Data Center Parking | C-12 Landscape (Part 2) | |

The new plan set comprises 17 pages which show the required and proposed setbacks, direct access to the site directly across Wall Road, existing and proposed utility easements are shown, water and sewer connection to existing public infrastructure is provided, existing and proposed fire hydrants are identified, location and design of a trash enclosure is identified [see C-2 Site Plan (Part 1) and C-3 Site Plan (Part 2)]. Deceleration lanes are provided [see C-10 Road Improvements]. Parking calculations with a detailed parking layout are provided [see C-6 Data Center Parking and C-7 Retail Parking]. Proposed grading of the development [see C-8 Grading (Part 1) and C-9 Grading (Part 2)]. The Notes in the plans confirm compliance with the comments provided in the Site Plan Review letter dated April 4, 2025 (SPR 25-03 -- IV Data Center Campus).

We provided an 8-foot landscaped wall along the perimeter of the property. [see C-11 Landscape (Part 1) and C-12 Landscape (Part 2)]. We have reduced the prior battery storage from 500 MWhr to 100 MWhr. At capacity, this provides 20 minutes of battery storage. [see C-2 Site Plan (Part 1) and C-3 Site Plan (Part 2)]. We included an 8-foot concrete wall around the battery storage. In effect, we have two walls surrounding the battery storage. We included a 25-foot landscape strip to buffer the project from the people traveling to the area.

### COMMERCIAL FRONTAGE ALONG SR-86 IS PROVIDED

Per the City's request, we provided commercial retail buildings along SR-86 to buffer the Data Center development. The proposed commercial building is 213 feet deep, which matches the depth of Sunbelt Rentals, and it is about 1,800 feet long. This provides more than 8 acres of commercial space to buffer the view of the Data Center. The proposed uses will include office spaces, retail stores, service establishments, and wholesale businesses, offering services to residents of the City and the surrounding area.

### DATA CENTER IS A PERMITTED USE IN THE INDUSTRIAL ZONE

The City's zoning designation for the land comprises three zones: C-1 Commercial Neighborhood Zone, C-2 Commercial General Zone, and I-2 Rail Served Industrial Zone.

The Data Center building is situated on land zoned I-2, which permits "Business, professional, and research offices" as a permitted use by right in the I-2 Zone. (Imperial Zoning Ordinance § 24.07.120 sub. C.4; Services in the I-2 Industrial Zone).

The Land Use plan designates the Data Center site as Gateway South which provide in part as follows: "This area includes the area along Highway 86, south of the airport . . . This area has the potential to enhance the local economy, provide needed services and employment opportunities, and serve as a gateway to the City. The Gateway South Character Area is intended to: • Provide distinctive architecture and attractive streetscape • Provide a mixture of retail commercial shopping opportunities • Permit large format retail • Foster job growth through light industrial and professional office." (Land Use pg. 14-15).

## SUBSTATION AND BATTERY STORAGE
## ARE PERMITTED ACCESSORY USES IN COMMERCIAL ZONES

The Substation and Battery Storage are located on land zoned commercial, providing that "Accessory structures and uses located on the same site as a permitted use" are permitted by right in the C-1 and C-2 zones. (§ 24.05.120 subsection E. Accessory Uses in Commercial Zones).

The Zoning Code includes the following definitions: "ACCESSORY BUILDING shall mean a building, part of a building, or structure, which is incidental or subordinate to the main building or use on the same building site." (§ 24.01.180 Definitions). "ACCESSORY USE shall mean a use incidental, related, appropriate and clearly subordinate to the main use of the lot or building, which accessory use does not alter the principal use of such lot or building." (*Id*.)

The Substation and Battery Storage are permitted uses by right in the C-1 and C-2 Zones because they are uses and structures that are incidental, subordinate, and related to the main building, the Data Center. The substation and Battery Storage are located on the same building site as the Data Center, which is a permitted use in the I-2 Zone.

The City's EIR which is part of the General Plans states in part: "The electrical demand from new commercial and industrial uses cannot be assessed at this time due to the fact the exact types of commercial and industrial uses are presently unknown. The additional demand for electricity is significant and will require the IID to construct additional substations and electrical distribution lines between 1992 and the year 2015." (EIR pg. 45).

### IMPACT FEE CALCULATION

We included a note stating that building permits will not be issued until development impact and capacity fees are paid, prior to the final inspection. Our initial calculation for the impact fees, using the Data Center Building size of 570,000 SF and the Commercial Building size of 105,000 for a **total of 675,000 square feet**, are as follows: Administrative Facilities = $452.56 (per 1000 SF) = 675 x 452.56 = $305,478; Fire Facilities = $253.57 (per 1000 SF) = 675 x 253.57 = $171,160; Law Enforcement Facilities = $495.05 (per 1000 SF) = 675 x 495.05 = $334,158; Circulation Facilities = $86.99 (per ADT) = 80 x 86.99 = $6,959; Library Facilities = $0; Park Facilities = $0. **Total Impact Fees = $817,756**.

### SITE PLAN REVIEW FOCUSES MAINLY ON AESTHETIC DESIGN PRINCIPLES

The Site Plan Review Procedure, § 24.19.500, provides in part that the "City of Imperial finds that a Site Plan Review process supports the implementation of the Imperial General Plan." (§ 24.19.510 sub. B). The quality of commercial, and industrial "has a substantial impact upon the visual appeal, environmental soundness, economic stability, and property values of the City. This Section is not intended to restrict imagination, innovation or variety, but rather to **focus on design principles** which can result in creative imaginative solutions for the project and quality design for the City." (*Id*.)

The purpose of the Site Plan Review Procedure is as follows: "Recognize the interdependence of land values and aesthetics and provide a method by which the City may implement this interdependence to its benefit." (§ 24.19.510 sub. B.1). "Encourage the orderly and **harmonious appearance of structures** and property within the City along with associated facilities, such as but not limited to signs, landscaping, parking areas, and streets." (§ 24.19.510 sub. B.2). "Maintain the public health, safety and general welfare, and property throughout the City." (§ 24.19.510 sub. B.3). "Assist private and public developments to be more cognizant of public **concerns for the aesthetics of development**." (§ 24.19.510 sub. B.4). "Reasonably ensure that new developments . . . **do not have an adverse aesthetic**, health or any kind of adverse effect on adjoining properties, or the City in general." (§ 24.19.510 sub. B.5). "Ensure that the proposed development complies with all of the provisions of the Zoning Ordinance and the General Plan." (§ 24.19.510 sub. B.6).

### SITE PLAN REVIEW CRITERIA

"Prior to the construction of any building or structure on any lot within the I Zones, a Site Plan Review is required." (§ 24.07.130). "Prior to the construction of any building or structure on any lot within the C Zones a Site Plan Review is required." (§ 24.05.130).

The Site Plan Review Procedure, § 24.19.500, provides that a "Site Plan Review approval shall be required prior to the issuance of any building permit for . . . commercial or industrial establishments . . ." (§ 24.19.520). "Any applicant for a building permit for . . . the establishment of commercial or industrial, uses ... shall submit" site plan, conceptual landscaping, grading and drainage plan to the Director of Planning for review. (§ 24.19.530).

The site plan review procedure is concerned with the visual appeal, the appearance of structures and the aesthetics of development. (§ 24.19.510). "The Director shall review and evaluate development plans for conformance with the site plan review standards and criteria set forth in the pertinent sections of the Zoning Ordinance. (§ 24.19.540 sub. A). This requires the Director to review of the plans to determine conformance with the Property Development Standards in the I Zones (§ 24.07.140) and the C Zones (§ 24.05.140).

In the **Industrial Zone**, the **Special Performance Standards** (§ 24.07.140) require the Director to determine that the provided setbacks are proper (§ 24.07.130 sub. B.1-2). That "three foot high landscaped earthen berm" are provided if the industrial project is located next to residential zoned property. (§ 24.07.130 sub. B.3). That the streetscape permit "parking" in the "setback areas to help buffer adjoining parcels from one another." (§ 24.07.130 sub. B.4). That reciprocal ingress and egress, circulation and parking arrangements are provided to "facilitate ease of vehicular movement between adjoining properties and to limit superfluous driveways." (§ 24.07.130 sub. B.5).

In the **Industrial Zone**, the **Performance Standards** (§ 24.07.140) require the Director to determine from the submitted plans that setbacks are landscaped with "drought tolerant, low maintenance plant materials and shall be irrigated by automatic sprinklers." (§ 24.07.140 sub. A). All ground mounted HVAC units and trash receptacle areas shall be "completely screened from surrounding properties by use of a parapet, wall or fence." (§ 24.07.140 sub. B). Pad-mounted transformers and meter boxes shall be appropriately screened. (§ 24.07.140 sub. C). "All light sources shall be shielded in such a manner that no

light is visible from streets or adjoining properties." (§ 24.07.140 sub. D). No use shall create changes in temperature or direct glare that extend beyond the site boundaries. (§ 24.07.140 sub. E). "Adequate emergency sprinklers and smoke detectors shall be installed." (§ 24.07.140 sub. F). No noise from the site shall exceed five decibels above the ambient level of the area at the property line. (§ 24.07.140 sub. G). No odor detectable beyond the site boundary is permitted. (§ 24.07.140 sub. H). Radioactive materials are prohibited. (§ 24.07.140 sub. I). Site shall not generate recurrent ground vibration. (§ 24.07.140 sub. J). No air emissions darker than No. 1 on the Ringelman Chart from Information Circular 7718 by U.S. Bureau of Mines are permitted. (§ 24.07.140 sub. L). Outdoor storage areas shall be entirely enclosed by solid masonry walls 8 feet high to adequately screen view from the external boundaries of the property. (§ 24.07.140 sub. M).

In the **Commercial Zone**, the **Performance Standards** (§ 24.05.140) require the Director to determine from the submitted plans that front and street side yards are landscaped with "drought tolerant low maintenance plant materials." (§ 24.05.140 sub. A). Six foot masonry wall separates the commercial use from any residential zone. (§ 24.05.140 sub. B). No noise from the site shall exceed five decibels above the ambient level of the area at the property line. (§ 24.05.140 sub. D). All ground mounted HVAC units and trash receptacle areas shall be "completely screened from surrounding properties by use of a parapet, wall or fence." (§ 24.05.140 sub. E). "All roof appurtenances including, air conditioning units, and mechanical equipment shall be shielded and architecturally screened from view from onsite parking areas and adjacent public streets." (§ 24.05.140 sub. F). "Reciprocal ingress and egress, circulation and parking arrangements shall be required to facilitate the ease of vehicular movement between adjoining properties." (§ 24.05.140 sub. G). "All light sources shall be shielded in such a manner that no light is visible from streets or adjoining properties." (§ 24.05.140 sub. H). Pad-mounted transformers and meter boxes shall be appropriately screened. (§ 24.05.140 sub. I). Outdoor storage areas shall be entirely enclosed by solid masonry walls that are at least 6 feet high to screen the view of the outdoor storage areas. (§ 24.05.140 sub. J). "Buildings shall be located on the site to provide adjacent buildings adequate sunlight for solar access." (§ 24.05.140 sub. K).

### TECHNICAL STUDIES AND MITIGATION WILL BE PROVIDED

The Site Plan Review comment letter dated April 4, 2025 stated: "As the project progresses through the review process, the City may require technical studies, including but not limited to a traffic impact analysis, water supply assessment, air quality study, noise

study, and fire hazard evaluation, to assess potential impacts and determine appropriate mitigation measures, if necessary." We agree to comply with any request from the City for "technical studies" such as "traffic impact analysis, water supply assessment, air quality study, noise study, and fire hazard evaluation, to assess potential impacts and determine appropriate mitigation measures, if necessary." We have included a note to this effect on the Site Plan.

We also agree with the April 4, 2025 Site Plan Review letter that "given the project's scale and characteristics, various environmental factors--such as power demand, water consumption, hazardous materials management, traffic impacts, air quality, fire safety, noise, aesthetics, and landscaping--may warrant additional analysis."

We agree that future studies may be requested, and may require mitigation; however, we respectfully disagree that a Site Plan Review may require an Environmental Impact Report (EIR) under CEQA, as noted in the April 4, 2025 Site Plan Review letter comment that "the project may have potential environmental considerations requiring further evaluation. At this stage, an Initial Study has not been conducted, and no determination has been made regarding the necessity of an EIR or other environmental documentation under the CEQA."

EIRs are only required for "discretionary projects." (Cal. Pub. Res. § 21080 sub. (a)). This applies to General Plan amendments, among other things. EIRs are not required for "Ministerial projects" (Cal. Pub. Res. § 21080 sub. (b)(1)) such as Site Plan Review with a use that is permitted as of right under the Zoning Ordinance. Cal. Code Regs. § 15268 provides that "(a) **Ministerial projects are exempt** from the requirements of CEQA... (b)... the following actions shall be presumed to be ministerial: (1) Issuance of building permits."

The agreement to provide technical studies and an EIR under CEQA is entirely different. The Site Plan Review Procedure is ministerial in nature. There is no requirement for an EIR under the Site Plan Review procedure. The Site Plan Review Procedure is intended "to **focus on design principles**" (§ 24.19.510 sub. B), and our revised plans have met all Property Development Standards in the I Zones (§ 24.07.140) and the C Zones (§ 24.05.140). Additionally, the proposed uses are permitted as of right, and by design, such uses comply with the Zoning Ordinance and General Plan, both of which were approved by the City with a detailed EIR.

The City's EIR which is part of the General Plan provide in part as follows: "The development of the project area with new residential, commercial and industrial uses is not anticipated to cause significant impacts to water quality." (EIR pg. 25-33). "New industrial uses will most likely be light industrial type uses . . . These type of uses should not be detrimental to public health and safety." (EIR pg. 54). "Mitigation Measures To Protect Visual Resources (a). Require developers of projects to submit landscaping plans and to provide appropriate landscaping for all new projects, thereby improving the visual aesthetics in the General Plan area. (b). Enforce the height limits as contained in the zoning ordinance. (c). Require appropriate screening of Commercial and Industrial projects in order to improve visual aesthetics of these projects. Screening should consist of solid masonry walls, dense landscaping, or a combination thereof." (EIR pg. 59-60).

The City's EIR in the General Plan provides in part the following about mitigation: "Zoning Ordinance contains performance standards for industrial uses that prevent uses which cause smoke, excessive noise, vibration, dust, wastes or other pollution which could be hazardous to human health. These standards should mitigate the health and safety concerns related to the development of industrial uses." (EIR pg. 55). "The following mitigation measures will be implemented by the City to ensure protection of the public health and safety within the General Plan area: (a). Enforce the performance standards contained in the Zoning Ordinance when new industrial uses are established." (EIR pg. 57).

By complying with the Property Development Standards in the I Zone (§ 24.07.140) and the C Zone (§ 24.05.140) the plans comply with the mitigation measures identified in the City's EIR; hence, there is no requirement for an independent EIR because the Data Center use and Substation and Battery Storage are accessory structures which comply with the existing Zoning Ordinance, and General Plan, including the EIR prepared by the City.

The ministerial aspects of the Site Plan is also apparent from the fifteen day limit for Site Plan Review: "The Director shall have the authority to approve, deny or modify applications for Site Plan Review. Within fifteen (15) days of the date that application is deemed complete by the Director, the Director shall approve, conditionally approve, or disapprove the application, or shall request the applicant to revise said applications. Failure of the Director to act within fifteen (15) days shall be deemed approval of the application unless the applicant shall consent to an extension of time." (§ 24.19.550 Action by Director).

We agree with the request for "technical studies" and "appropriate mitigation measures, if necessary," as the project progresses. However, the Site Plan Review Procedure, which focuses primarily on design principles, including aesthetics, is ministerial. Since our building use is permitted as of right in the Zoning Ordinance and General Plan, approval of the Site Plan is appropriate. Since the revised plans comply with all Site Plan Review requirements, they should be approved as submitted, subject to further review, including technical studies and possible mitigation measures, in the future as needed.

Thank you.

Sincerely,

Sebastian Rucci



# IMPERIAL VALLEY DATA CENTER CAMPUS
## CITY OF IMPERIAL, CALIFORNIA

# TITLE INDEX SHEET
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA



# SITE PLAN PT 1

IMPERIAL VALLEY DATA CENTER CAMPUS

CITY OF IMPERIAL, CA





**EASEMENTS PROVIDED:**

1. 10 Foot Utility Easement located at the center of all water lines.
2. 50 Foot Drainage Easement at the east end of the property covering the private drain.
3. 10 Foot Utility Easement along State Highway 86
4. 10 Foot Utility Easement Along Aten Road

**UTILITY PLAN PT 1**

IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

**UTILITY PLAN NOTES:**

1. Any water, sewer, and storm-drain systems onsite shall be maintained by the development and not by the City. Any future ties to the onsite system shall find require a building permit. Any future work or maintenance of the onsite utilities shall be performed by a licensed contractor.

2. All utility connections shall be designed to coordinate with the architectural elements of the site so as not to be exposed except where necessary. Pad-mounted transformers and/or meter box locations shall be included in the site plan with appropriate screening treatment. Power lines and overhead cables shall be installed installed underground where possible. (§ 24.05.140.I Performance Standards C Zones, § 24.07.140.C Performance Standards I Zones).

3. All ground-mounted mechanical equipment, including heating and air conditioning units, and trash receptacle areas, shall be completely screened from surrounding properties by use of a wall or fence or shall be enclosed within a building. Structural and design plans for any required screening under the provisions of this section shall be approved by the Community Development Director or Building Official. (§ 24.05.140.I Performance Standards C Zones, § 24.07.140.B Performance Standards I Zones).

ENERGY SYSTEM

BATTERY STORAGE

BESS 600 MWhr

160 TESLA MEGAPACK 2XL

RETENTION BASIN A
BOT. ELEV 939.00

ATEN ROAD

STATE HIGHWAY 86

RETAIL BLDG - C
(35,000 SF, 25' Height)

WALL ROAD

SCALE: 1" = 75'



UTILITY PLAN PT 2
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA



# DATA CENTER PARKING

## DATA CENTER
One Story - 35 ft Height
570,000 sq ft

SCALE: 1" = 75'

WATER TANKS

8ft Wall

Loading Berth
Parking Space

Bicycle
Parking
Spaces

Motorcycle
Parking
Spaces

Handicapped
Parking Space

### DATA CENTER PARKING SPACES

| | REQUIRED | PROVIDED |
|---|---|---|
| PARKING (CAR) | 173 | 296 |
| HANDICAP | 5 | 16 |
| BICYCLE PARKING | 5 | 16 |
| MOTORCYCLE PARKING | 3 | 20 |
| LOADING (WIDTH 10) | | |

## DATA CENTER PARKING

IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

Substation to 600 MW



RETAIL CENTER PARKING PLAN

SCALE: 1"=75'

STATE HIGHWAY 86

RETAIL BLDG - A
35,000 SF (35' Height)

RETAIL BLDG - B
35,000 SF (35' Height)

RETAIL BLDG - C
35,000 SF (35' Height)

RETAIL BLDG - B
35,000 SF (35' Height)

RETAIL CENTER PARKING

IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

RETAIL CENTER
PARKING SPACES





GRADING PLAN PT 2
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA



# ROAD IMPROVEMENTS TO STATE HIGHWAY 86

**GENERAL NOTES:**

1. All improvements within the public right-of-way shall be designed and built according to City standards and specifications and submitted for review with an encroachment permit.

2. Developer shall provide roadway improvements along Alaz Road and SR 86 to accommodate project-related traffic, including a deceleration lane, dedicated entrance lane, or other necessary modifications to ensure safe and efficient site access and circulation. Coordination with the City's Engineering Division may be required.

**ROAD IMPROVEMENTS**
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA



## LANDSCAPE LEGEND

| SYMBOL | COMMON NAME | BOTANICAL NAME |
|---|---|---|
| | QUEEN PALM | SYAGARUS ROMANZOFFIANA |
| | TEXAS RANGER | LEUCOPHYLLUM |
| | CENTURY PLANT | AGAVE AMERICANA |
| | INDIAN LAUREL HEDGE | FICUS MICROCARPA |
| | BARREL CACTUS | ECHINOCACTUS GRUSONII |
| | BIG MUHLE GRASS | MUHLENBERGIA CAPILLARIS |
| | JOSHUA TREE | YUCCA BREVIFOLIA |

## 25 FOOT LANDSCAPE STRIP

## CONCRETE WALL

## LANDSCAPE PLAN PT 1
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

### LANDSCAPE NOTES

1. One 15 gallon tree, per City specifications, shall be provided for every 3 parking spaces. Said trees shall be placed to provide shade cover for the vehicles. (§ 24.13.160.B.1)

2. All parking lot landscaped islands shall have a minimum inside dimension of 4 feet and shall contain 12 inch wide walk adjacent to parking stall and be separated from vehicular areas by a 6 inch high, 6 inch wide Portland Concrete Cement curbing. (§ 24.13.160.B.3).

3. All landscaped areas shall be irrigated and kept in a healthy condition, free of weeds, litter, debris, and with 24.13.160.B.4). Operation of the irrigation system outside the normal watering window is allowed for auditing and system maintenance. Repair of all irrigation equipment shall be done with replacement parts for the originally installed components or their equivalents, or with components that improve the average irrigation system efficiency.

4. The landscaping shall integrate compost and mulch from a CalRecycle-certified composter in all landscaped areas. Proof of eligible compost supplier must be submitted to the City prior to the issuance of a Certificate of Occupancy.

5. Front and street side yards shall be landscaped and consist predominantly of drought-tolerant plant maintenance plant materials. The proposed landscaping shall be permanently maintained in a healthy and thriving condition, free from weeds, trash, and debris. A landscaping plan prepared with MWELO is required for the City's review and approval. All landscaped areas shall be maintained in a clean, neat, and healthy condition whether the building is occupied or vacant. Maintenance shall include proper watering, fertilizing, weeding, removing litter, and replacement of plants when necessary. (City of Imperial Zoning Ord. § 24.05.140.A Performance Standards (Zones C Zones) § 24.07.140A Performance Standards I Zones).

6. Landscaping shall be maintained to ensure water use efficiency. A regular landscape and irrigation maintenance schedule shall be submitted to the City.

7. A regular maintenance schedule shall include, but not be limited to: routine inspecting, auditing, adjustment, and repair of the irrigation system and its components; aerating and dethatching grass as needed; trimming, trimming shrubs, replenishing mulch, fertilizing; pruning; weeding in all landscape areas; and removing obstructions to emission devices.

SCALE
1" = 75'

ATEN ROAD

STATE HIGHWAY 86

Emergency Entrance

25ft Landscape Strip

8ft Wall

BATTERY STORAGE

ENERGY SYSTEM

BESS 600 MWhr
160 TESLA MEGAPACK 2XXL

8ft Wall

RETENTION BASIN A

Guard House

Entrance Gate

Exit Gate

RETAIL BLDG - C
35,000 SF (35' Height)

25ft Landscape Strip

8ft Wall

LC ENGINEERING CONSULTANTS INC



SOUTHERN PACIFIC RAILROAD

PRIVATE DRAIN

8ft Wall

RETENTION BASIN B

DATA CENTER
One Story - 35 ft Height
570,000 sq ft
250 MW

8ft Wall

CENTRAL DRAIN

WATER TANKS

8ft Wall

8ft Wall

8ft Fence

ELECTRIC SUBSTATION
230KV - 250 MW

8ft Fence

8ft Fence

Entrance Gate

Guard House

25ft Landscape Strip

25ft Landscape Strip

8ft Wall

8ft Wall

Gate

CENTRAL DRAIN

Exit Gate

25ft Lc

RETAIL BLDG - B
35,000 SF (35' Height)

RETAIL BLDG - A
35,000 SF (35' Height)

RE

35,0

12' d GP

LANDSCAPE PLAN PT 2
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

LC ENGINEERING CONSULTANTS INC.



ALTA SURVEY

IMPERIAL VALLEY DATA CENTER CAMPUS

CITY OF IMPERIAL, CA

NSPS LAND TITLE ALTA SURVEY MAP
FOR APNS 044-220-035, 044-220-049, 044-220-050, 044-220-065 AND 044-220-066
BEING A PORTION OF TRACT 56, T.15S, R.14E, S.B.M. IN AN
UNINCORPORATED AREA IN THE COUNTY OF IMPERIAL, STATE OF CA



ALTA SURVEY NOTES

IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA

NSPS LAND TITLE ALTA SURVEY MAP
FOR APNS 044-220-063, 044-220-048, 044-220-059, 044-220-065 AND 044-220-066
BEING A PORTION OF TRACT 56, T. 15S., R. 14E., S.B.M., IN AN
UNINCORPORATED AREA IN THE COUNTY OF IMPERIAL, STATE OF CA.
PREPARED FOR IMPERIAL VALLEY COMPUTE MANUFACTURING, LLC

VICINITY MAP: NO SCALE



ARCHITECTURAL PLAN
IMPERIAL VALLEY DATA CENTER CAMPUS
CITY OF IMPERIAL, CA



# 1. GENERAL

# 2. EARTHWORK

# 3. WATER, SEWER AND STORM DRAIN

# 4. STREET WORK

# 5. PIPELINE EXCAVATION AND DEWATERING NOTES

**CONSTRUCTION NOTES**

**IMPERIAL VALLEY DATA CENTER CAMPUS**

**CITY OF IMPERIAL, CA**

LC ENGINEERING CONSULTANTS INC.

SHEET C0.7