# EXHIBIT 39
# Email from IID Rejecting Wholesale Market Proposal (10-14-25)



Sebastian Rucci <sebastian@ruccilaw.com>

---

## Proposal for Temporary Supply of Load from CAISO Wholesale Market

**Asbury, Jamie** <jlasbury@iid.com>                                                Tue, Oct 14, 2025 at 9:05 AM
To: Sebastian Rucci <sebastian@ruccilaw.com>
Cc: "Smelser, Matthew H" <mhsmelser@iid.com>, "Rodriguez, Paul" <prodriguez@iid.com>, "Hamilton, Timothy L" <TLHamilton@iid.com>, "Gutierrez, Noe R" <NRGutierrez@iid.com>, "Ambriz, Jose-Said" <JAmbriz@iid.com>, "Martinez, Jesus" <jamartinez@iid.com>, "Garcia, Matthew" <msgarcia@iid.com>, "Sampedro, Daniel" <dsampedro@iid.com>, "Olivo, Lauren" <lolivo@iid.com>, Carl Stills <cestills@sbcglobal.net>, Tom DuBose <tom@dubosedesigngroup.com>, "Holbrook, Geoffrey" <gpholbrook@iid.com>, "wstrumpfer@gmail.com" <wstrumpfer@gmail.com>

Dear Mr. Rucci:

Thank you for your recent energy service option proposal for the Imperial Valley Computer Manufacturing, LLC data center project (Project). IID appreciates your efforts to advance this initiative. However, the proposed service plan does not comply with the IID Open Access Transmission Tariff (OATT). The IID OATT aligns with the Federal Energy Regulatory Commission (FERC) regulations, specifically Order No. 888, issued in 1996, which mandate non-discriminatory access to transmission systems and standardized interconnection processes to ensure grid reliability and fairness. These rules govern all interconnections to IID's transmission system, including IID-owned facilities. The OATT ensures equitable treatment for all interconnection requests, and IID is obligated to adhere to this standardized process without exception.

The OATT requires project developers to secure sufficient transmission capacity to serve wholesale loads within IID's network transmission system. Your reference to Network Integration Transmission Service, Section 30.6, appears to be a misinterpretation, as the OATT mandates arranging necessary transmission capacity for your Project from a generation source to the load. Currently, over 3,000 MW of transmission service reservations have been submitted and are being analyzed by the IID, primarily for battery energy storage systems. These reservation requests are in queue for access to the California Independent System Operator (ISO) system at two separate inter-tie points with the IID. Most of these reservations are tied to projects with executed generator interconnection agreements and approved environmental entitlements. Short-term transmission service is available through IID's Open Access Same-time Information System (OASIS) on a daily or weekly basis, subject to securing capacities through a "first come-first serve" process.

It is critical to distinguish between wholesale and retail services in this context. Wholesale services, governed by the OATT and FERC regulations, involve the transmission of energy across IID's system to serve large-scale loads, such as your data center, typically delivery of energy to other utilities or entities. These services require adherence to standardized interconnection and transmission reservation processes to ensure non-discriminatory access to the grid. In contrast, retail services

involve the direct sale and delivery of energy to end-use customers, such as residential or commercial consumers, and are managed under IID's retail tariffs, which are separate from OATT requirements.

Your Project, **as proposed**, is a large-scale load seeking interconnection to IID's transmission system, falls under wholesale services and must comply with OATT protocols. IID is legally obligated to treat all wholesale interconnection requests equitably, and we cannot circumvent these processes, as they are rooted in FERC mandates and industry standards for maintaining grid stability. Any generation impacting the Bulk Electric System must undergo rigorous studies to ensure grid reliability, consistent with industry standards for which IID is accountable.

The feasibility study for your Project identifies available capacity at the proposed point of interconnection to IID's transmission system, marking the initial step in the interconnection process. However, upon review of your interconnection application, we noted the omission of critical generator data. This omission constitutes a material modification, requiring reanalysis that includes the 300MW of behind the meter generation. This step is critical, as your proposed data center will interconnect to IID's Bulk Electric System, a vital component of the western electric grid.

To proceed with your amended request, IID will require (at a minimum) the following:

1. An updated interconnection application, including dynamic gas generation models in GE PSLF format.
2. A transmission service application specifying the generating facility's point of interconnection to the data center's load point of interconnection. This must be submitted via IID's OASIS platform, which manages transmission service requests in accordance with FERC orders. Upon submission, your request will be assigned a queue position and reference number for study purposes.
3. Generation interconnection request queue information designating the generation as a network resource serving your network load, accompanied by a written letter from the generation project owner confirming the transmission network configuration.
4. If a new generator interconnection application is required, the next study cycle opens in January 2026.

Your Project's development involves multiple phases, including load and generation planning. While environmental permitting is critical, securing transmission capacity and energy access is equally essential. Should your Project necessitate upgrades to IID's transmission network to serve a specific location, your organization is responsible for the associated environmental permitting of those facilities.

IID supports your data center Project and is committed to facilitating the interconnection process within the framework of FERC and OATT requirements. Upon receipt of the requested information, we will diligently process your application in accordance with OATT study timelines. For further assistance or to submit the

required materials, please contact Mrs. Lauren Olivo, Manager of Energy Business & Regulatory Compliance Programs at (760) 482-3448 or lolivo@IID.com.

Best regards,



**Jamie L. Asbury**
**General Manager**
**IMPERIAL IRRIGATION DISTRICT**
333 E Barioni Blvd, Imperial CA 92251
(760) 339-9477   |   email: jlasbury@IID.com
Mobile (760) 791-7471

The foregoing electronic message, together with any attachments thereto, is confidential and may be legally privileged against disclosure other than to the intended recipient. It is intended solely for the addressee(s) and access to the message by anyone else is unauthorized. If you are not the intended recipient of this electronic message, you are hereby notified that any dissemination, distribution, or any action taken or omitted to be taken in reliance on it is strictly prohibited and may be unlawful. If you have received this electronic message in error, please delete and immediately notify the sender of this error.

**From:** Sebastian Rucci <sebastian@ruccilaw.com>
**Sent:** Thursday, October 2, 2025 10:32 AM
**To:** Asbury, Jamie <jlasbury@IID.com>
**Cc:** Smelser, Matthew H <mhsmelser@IID.com>; Rodriguez, Paul <prodriguez@IID.com>; Hamilton, Timothy L <TLHamilton@IID.com>; Gutierrez, Noe R <NRGutierrez@IID.com>; Ambriz, Jose-Said <JAmbriz@IID.com>; Martinez, Jesus <jamartinez@IID.com>; Garcia, Matthew <msgarcia@IID.com>; Sampedro, Daniel <dsampedro@IID.com>; Olivo, Lauren <lolivo@IID.com>; Carl Stills <cestills@sbcglobal.net>; Tom DuBose <tom@dubosedesigngroup.com>
**Subject:** Proposal for Temporary Supply of Load from CAISO Wholesale Market

**[CAUTION]** This email originated from **outside** of the **IID**. Do not reply, click on any links or open any attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]