# EXHIBIT 40
# Email to Director Eugenio and Cardenas seeking meeting (10-14-25)



Sebastian Rucci <sebastian@ruccilaw.com>

## 330 MW Data Center Project in Imperial County

**Sebastian Rucci** <sebastian@ruccilaw.com>                                    Tue, Oct 14, 2025 at 11:32 AM
To: kseugenio@iid.com, aacardenas@iid.com
Cc: Tom DuBose <tom@dubosedesigngroup.com>, Carl Stills <cestills@sbcglobal.net>

Dear Directors Eugenio and Cardenas,

We would like to appear at a meeting of the board to discuss our $10 billion data center project (we also emailed Director Dockstader for this request). We met with the IID after our last email to you, and we listened carefully to the IID's concerns about risk and submitted a proposal specifically designed to address their concern (Email #1). Today, we received a response from the IID rejecting our efforts (Email #2). We responded with an email seeking a meeting (Email #3).

The email today states that we have misrepresented our application and must reapply ("upon review of your interconnection application, we noted the omission of critical generator data"). This statement is made one year after we engaged the IID for this project. One year ago, we provided a load injection analysis from Powers Engineer showing that capacity exists for our load on the S-Line and R-Line. We have progressed through multiple studies from the IID, all of which have confirmed that our large load did not impact the S-Line or the R-Line.

We have just been informed, one year after we started, that we must reapply because the same generators that have been on our plans for over a year are at issue. The fact is that at no time were the backup generators tied to the grid; they never have been and never will. Similarly, the onsite batteries are not exporting to the grid. We are simply a large load, and that is how our applications have been submitted, received, processed, and approved by the IID. We are at a loss to understand why backup generators, not tied to the grid, require a re-application to the IID, one year after multiple studies have been processed.

We have submitted a proposal that allows IID to serve this load (Email #1). This proposal poses no risk to the IID and is expected to generate at least $22 million in annual revenue. The proposed AI data center represents a $10 billion investment in the Imperial Valley, offering substantial economic and technological benefits to the region. We're asking for the opportunity to present to the IID board at an open meeting, allowing them to consider our proposal and the numerous benefits it brings to the Valley and the IID.

Sincerely,

Sebastian
Imperial Valley Computer Manufacturing, LLC
Law Office of Sebastian Rucci, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Office: (562) 901-0199
Cell: (330) 720-0398
Fax: (562) 249-6910
Email: Sebastian@RucciLaw.com
Website: ImperialDataCenter.com

[Quoted text hidden]

**3 attachments**

- **Email #3 Email to IID Seeking Meeting (10-14-25).pdf**
  142K
- **Email #1 Wholesale Market Proposal to IID (10-02-25).pdf**
  175K
- **Email #2 Email from IID Rejecting Proposal (10-14-25).pdf**
  228K