# EXHIBIT 43
# Email to IID Board Arbitration Withdrawn and Case Close (10-22-25)



Sebastian Rucci <sebastian@ruccilaw.com>

# Initiation of ARBITRATION Under IID's Open Access Transmission Tariff

**Sebastian Rucci** <sebastian@ruccilaw.com>     Wed, Oct 22, 2025 at 2:09 PM
To: "Strumpfer, Wayne K" <wkstrumpfer@iid.com>, "Cardenas, Alex" <aacardenas@iid.com>, "Dockstader, Gina Nicole" <gndockstader@iid.com>, "Pacheco, Lewis A" <lapacheco@iid.com>, kseugenio@iid.com, jbhamby@iid.com, Jamie Asbury <jlasbury@iid.com>
Cc: jesusescobar@co.imperial.ca.us, ryankelley@co.imperial.ca.us, Bari Bean <baribean@co.imperial.ca.us>, "Smelser, Matthew H" <mhsmelser@iid.com>, "Rodriguez, Paul" <prodriguez@iid.com>, "Hamilton, Timothy L" <TLHamilton@iid.com>, "Gutierrez, Noe R" <NRGutierrez@iid.com>, "Martinez, Jesus" <jamartinez@iid.com>, "Garcia, Matthew" <msgarcia@iid.com>, "Sampedro, Daniel" <dsampedro@iid.com>, "Ambriz, Jose-Said" <jambriz@iid.com>, Tom DuBose <tom@dubosedesigngroup.com>, Carl Stills <cestills@sbcglobal.net>, Gary Messina <gary@ruccilaw.com>

Good Afternoon, IID Chairwoman Dockstader, Board Members, and General Manager Asbury,

We wanted to let you know that our efforts to initiate arbitration were solely to make sure that our pending facility and sensitivity studies were processed in accordance with IID regulations. We have no interest in imposing unnecessary legal expenses or strain on IID. As a gesture of good faith, we have formally withdrawn our request for arbitration, and the case is now closed (see attached). We have also officially withdrawn our public records request that we submitted on Monday. Litigation is not the path required to advance our transformative data center project that offers many substantial benefits to IID and its ratepayers. We are grateful for your continued cooperation in moving the data center to reality. Thank you.

Warm regards,

Sebastian
Imperial Valley Computer Manufacturing, LLC
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Office: (562) 901-0199
Cell: (330) 720-0398
Fax: (562) 249-6910
Website: ImperialDataCenter.com

On Mon, Oct 20, 2025 at 5:02 PM Sebastian Rucci <sebastian@ruccilaw.com> wrote:
[Quoted text hidden]

📄 **11. Email from AAA - Case Closed (10-22-25).pdf**
316K