Sebastian Rucci (State Bar #178114)
LAW OFFICES OF SEBASTIAN RUCCI, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Tel:  (562) 901-0199
Cell: (330) 720-0398
Fax:  (562) 249-6910
Sebastian@Rucci.Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC<br><br>        Plaintiff<br><br>vs.<br><br>CITY OF IMPERIAL, et. al.<br><br>        Defendants | ) Case No:  26CV128 JLS BJW<br>)<br>) Judge: Hon. Janis L. Sammartino<br>)<br>) **PLAINTIFF'S REQUEST FOR**<br>) **JUDICIAL NOTICE;**<br>) **DECLARATION IN SUPPORT**<br>)<br>) Date: Thursday, April 9, 2026<br>) Time: 1:30 p.m.<br>) Courtroom: 4D |

Plaintiff respectfully request the Court take judicial notice under Federal Rules of Evidence, Rule 201, of the Superior Court's February 27 Order in the case that the City of Imperial filed against the County, regarding application of CEQA. Defendants sought judicial notice of the February 10, 2026 minute order, but overlooked the more detailed February 27, 2026 Order which explicitly rejected the City's position on CEQA. The courts order is attached to this request.

Respectfully submitted,

LAW OFFICES OF SEBASTIAN RUCCI, P.C.

Date: March 16, 2026          Sebastian Rucci (SBN 178114)
                              Attorney for Plaintiff

**DECLARATION OF SEBASTIAN RUCCI**

**IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

I, Sebastian Rucci, declare as follows:

1.    I am an attorney in good standing licensed to practice in this court and I am the attorney representing the defendant in this action. I have personal knowledge of the matters and facts that are stated herein and if called upon to testify to the facts set forth in this declaration, I could and would do so competently.

2.    I am an attorney for the real parties in interest, which include the Plaintiff in this case, in Imperial Superior Court in Case No. ECU004457, City of Imperial vs. Imperial County, et. al.

3.    Attached is a true and correct copy of the February 27, 2026 Order, by the Imperial Superior Court, in Case No. ECU004457, which I obtained from the co-defendant (Imperial County) in that case.

I Sebastian Rucci declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2026

Sebastian Rucci (SBN 178114)

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2026, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE; DECLARATION IN SUPPORT** with the Clerk of the Court using the CM/ECF system which will send notification to all the parties.

I Further Certify That on March 16, 2026, the foregoing **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE; DECLARATION IN SUPPORT** was served electronically served on Defendant's counsel Konrad Rasmussen, at kmr@mmr4law.com from my law office email Sebastian@Rucci.Law. The transmission was complete and without error and I did not receive an electronic notification to the contrary.

LAW OFFICES OF SEBASTIAN RUCCI, P.C.

Date: March 16, 2026

Sebastian Rucci (SBN 178114)
Attorney for Plaintiffs

Electronically Submitted on 02/24/26 2:03 PM

MISTELLE I. ABDELMAGIED, SBN 240885
Assistant County Counsel
**COUNTY OF IMPERIAL COUNTY COUNSEL**
940 West Main Street, Suite 205
El Centro, CA 92243
Telephone: (442) 265-1120
Facsimile: (760) 353-9347
Email: mistelleabdelmagied@co.imperial.ca.us

Attorneys for Respondents
COUNTY OF IMPERIAL and
BOARD OF SUPERVISORS OF THE COUNTY OF IMPERIAL

NATHAN O. GEORGE, SBN 303707
SARA K. HELMS, SBN 356868
**REMY MOOSE MANLEY, LLP**
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email:  ngeorge@rmmenvirolaw.com
        shelms@rmmenvirolaw.com

Attorneys for Respondents
COUNTY OF IMPERIAL and
BOARD OF SUPERVISORS OF THE COUNTY OF IMPERIAL

**FILED**
Superior Court of California,
County of Imperial
**02/27/2026 at 01:12:28 PM**
By: Angela Jantz, Deputy Clerk

**EXEMPT FROM FILING FEES
[GOVERNMENT CODE § 6103]**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF IMPERIAL

CITY OF IMPERIAL, a general law city

    Petitioner and Plaintiff,

    v.

COUNTY OF IMPERIAL, a general law county, IMPERIAL COUNTY BOARD OF SUPERVISORS; and
DOES 1 through 20, inclusive,

    Respondents and Defendants,

IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC, a California Limited Liability Company; DUBOSE DESIGN GROUP, INC., a California General Stock Corporation; JESUS BARRIGA, an individual; ROBERTO BARRIGA, an individual; ATEN PROPERTIES, LLC, a California Limited

Case No.: ECU004457

~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND**

[CEQA, Pub. Res. Code § 21000, et seq.; Code of Civil Procedure §§ 1094.5, 1085]

ASSIGNED FOR ALL PURPOSES:
Hon. L. Brooks Anderholt
Dept. 09

Date Filed: December 4, 2025
Hearing Date:

---

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS
WITH LEAVE TO AMEND**

Liability Company; HERMENEGILDA LEIMGRUBER, AS TRUSTEE OF THE MAX AND HERMENEGILDA LEIMGRUBER LIVING TRUST SURVIVOR'S TRUST, U/A DATED AUGUST 14, 2024; DARYL DICKERSON AND HEATHER DICKERSON, AS TRUSTEES OF THE DARYL AND HEATHER DICKERSON FAMILY TRUST UNDER DECLARATION OF TRUST DATED APRIL 21, 2009; JAMES A. SANDERS JR., AND STEPHANIE A. SANDERS AS TRUSTEES OF THE JAMES A. AND STEPHANIE A. SANDERS FAMILY TRUST DATED JULY 27, 2009; RYAN DICKERSON, an individual; and, ROES 1 to 20, inclusive,

Real Parties in Interest

2

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND**

On February 10, 2026, the Honorable L. Brooks Anderholt in Department 9 of the Imperial County Superior Court held a hearing on the Joint Motion for Judgment on the Pleadings ("MJOP") filed by Respondents County of Imperial and Board of Supervisors of the County of Imperial ("County") and Real Parties in Interest Imperial Valley Computer Manufacturing, LLC et al. ("Real Parties") challenging the First Amended Verified Petition for Writ of Mandate and Complaint for Injunctive Relief ("Amended Petition") filed by Petitioner City of Imperial ("Petitioner"). Nathan George appeared as counsel for the County; Sebastian Rucci appeared as counsel for Real Parties; and Alene Taber appeared as counsel for Petitioner.

The Amended Petition alleges three causes of action. First, a cause of action under the state Planning and Zoning Law (Gov. Code, § 65000 et seq.), alleging that the County's approval of a grading permit for Real Parties' proposed Data Center Campus project ("Project") did not comply with state law and the County's municipal code. Second, a cause of action under the California Environmental Quality Act (Pub. Resources Code, § 21000 et seq.) ("CEQA") alleging that the County's determination that the Project is statutorily exempt from CEQA review was an abuse of discretion. Third, a derivative request for injunctive relief based on the allegations in the first and second causes of action.

The MJOP challenged the Amended Petition on the grounds that, even assuming the truth of all well-plead factual allegations, the Amended Petition failed to state facts sufficient to constitute a cause of action and was therefore subject to judgment in the County and Real Parties' favor as a matter of law. Specifically, the MJOP argued that the first cause of action failed because the Project is a "by-rights" permissible use on industrial land under the County Code and no discretionary approvals are required by state law or the County Code prior to issuing a grading permit. Similarly, the MJOP argued that the second cause of action failed because the Project is a "by-rights" permissible use on industrial land under the County Code and no discretionary approvals were required so the County's determination that the Project is statutorily exempt from CEQA review as ministerial was correct as a matter of law. Lastly, because the third cause of action was derivative of the first two, it cannot state a cause of action on its own.  Petitioner opposed the MJOP, arguing that the Amended Petition stated causes of action under the state Planning and Zoning Law and CEQA because the Project includes elements that are not "by-

3

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND**

rights" permissible uses under the County Code and required additional discretionary approvals by the County, under state law and/or the County Code. Petitioner's opposition also argued that the County's notice of exemption constituted impermissible piecemealing of the Project.

The parties also submitted requests for judicial notice of various provisions of the County's Municipal Code and a letter issued by the County to Real Parties on September 4, 2025 ("Determination Letter"), regarding the Project. Petitioner challenged the suitability of taking judicial notice of the Determination Letter and filed evidentiary objections, to which the County and Real Parties responded.

The court took judicial notice of the County ordinances cited in the Amended Petition and as requested by the Parties. The court noted the objection from Petitioner to the County and Real Party's request that the court take judicial notice of a County letter dated 09/04/2025. The court overruled Petitioner's objection, and took judicial notice of the letter, but not the findings.

After considering the briefing and supporting documents submitted by the parties, as well as the arguments and responses provided by counsel at the hearing, the court:  (1) granted the MJOP with leave to amend as to the first cause of action as it fails to state a cause of action regarding zoning and planning violations as there is a lack of ultimate facts; (2) granted with leave to amend as to the second cause of action as it contains the same deficiencies as the first cause of action; and, (3) determined the third cause of action is derivative of the first two and is moot pending any amendment. (See **Exhibit A**.)  Amended pleadings are to be filed and served by Petitioner by March 13, 2026.

The court directed the County to prepare an order consistent with the court's decision.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1.  The Motion for Judgment on the Pleadings filed by Respondents and Real Parties in Interest is granted as to the first and second causes of action in the Amended Petition, with leave to amend.

2.  The third cause of action is derivative and therefore MOOT pending amendment of the first and second causes of action.

3.  Amended pleadings are to be filed and served by Petitioner by March 13, 2026.

Dated: _____ 02/27/2026       By:_____

                                                  The Hon. L. Brooks Anderholt
                                                  Judge of the Superior Court

5

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND**

# **EXHIBIT A**

# Minutes: Motion Hearing Judgment on Pleadings

| SUPERIOR COURT OF CALIFORNIA COUNTY OF IMPERIAL | |
|---|---|
| **City of Imperial**<br>        Plaintiff/Petitioner,<br>vs.<br>**County of Imperial et al**<br>        Defendant/Respondent. | Jud. Officer:  **L. Anderholt**<br>Clerk:  **Alexandra Esparza**<br>Bailiff:  **Rubio**<br>CSR:  **Not Reported**<br><br><br><br>Interpreter:  **Not Required**<br>Language: |
| Minutes: **Motion Hearing**<br>        **Judgment on Pleadings Filed 1-14-2026**<br><br>Date:    **February 10, 2026** | Case No.    **ECU004457**<br>        **El Centro Dept. 9**<br><br>Related Cases: |

8:45 A.M., Matter is called on calendar.

Attorney, Alene Taber, is present on behalf of the Plaintiff, City of Imperial. Attorney, Nathan George, is present on behalf of the Defendant, County of Imperial. Attorney, Sebastian Rucci, is present on behalf of the Real Parties in Interest. No other appearances are noted.

The Court discloses it is familiar with a party to this case; however, it is not sufficient to warrant disqualification.

The Court notes there are a number of people in the gallery that include parties to the case and spectators.

The Court states there are county ordinances referenced by the City of Imperial that weren't attached to the petition or opposition, but the Court did research the ordinances and inquires if counsel objects to the Court referencing and taking judicial notice of said ordinances.

There is no objection from counsel.

The Court notes the objection from the City of Imperial to the letter dated 09/04/2025 and overrules the objection, and will take judicial notice of the letter, but not the findings.

The Court states the petition contains 3 causes of action and addresses them.

Matter is further discussed regarding county ordinances as to noticing the public.

Matter is further discussed.

Page 1 of 2

The Court finds a lack of ultimate facts in several of the allegations or paragraphs with only opinion on belief, including but not limited to, paragraphs 29, 75, 83.  Other paragraphs are vague such as paragraphs 49, 63, 72, 73, 74, 76, and 79.

The Court states, after having gone through various paragraphs, its tentative is as follows:

Grant the motion with leave to amend as to the 1st cause of action as it fails to state action regarding zoning and planning violations as there is a lack of ultimate facts.

Grant with leave to amend as to the 2nd cause of action as it contains same deficiencies as the 1st cause of action.

The 3rd cause of action is derivative of the first two and is moot pending any amendment.

Mr. George and Mr. Rucci state they submit as to the Court's tentative and further address the matter.

Ms. Taber addresses the Court's tentative.

**IT IS THE ORDER OF THE COURT:**

**The Court adopts its tentative.**

**Amended pleadings are to be filed and served by 03/13/2026 by Ms. Taber.**

**Mr. George is to prepare and submit the order for the Court's signature.**

Counsel waives notice.

Mr. George further states the administrative record is being prepared and will be ready by 03/10/2026.

**IT IS FURTHER ORDER OF THE COURT:**

**Case Management Conference currently set for 06/02/2026 is vacated and advanced to <u>03/19/2026 at 8:30 A.M</u>., in Department 9.**

Page 2 of 2

**ECU004457, February 10, 2026**

8

*City of Imperial v. County of Imperial, et al.*
Imperial County Superior Court Case No.: ECU004457

### PROOF OF SERVICE

I, Kendra E. Ledoux, am employed in the County of Sacramento. My business address is 555 Capitol Mall, Suite 800, Sacramento, California 95814 and my email address is kledoux@rmmenvirolaw.com. I am over the age of 18 years and I am not a party to the above-entitled action.

On February 24, 2026, I served the following:

### [PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS WITH LEAVE TO AMEND

☒ **VIA ELECTRONIC TRANSMISSION OR EMAIL** by causing a true copy thereof to be electronically delivered to the following person(s) or representative(s) at the email address(es) listed below. I did not receive any electronic message or other indication that the transmission was unsuccessful.

☐ **VIA OVERNIGHT DELIVERY** by causing a true copy thereof to be placed in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) or representative(s) as listed below, and deposited in a dropbox or other facility regularly maintained by the express service carrier.

☒ **VIA FIRST CLASS MAIL** by causing a true copy thereof to be placed in a sealed envelope, with postage fully prepaid, addressed to the following person(s) or representative(s) as listed below, and placed for collection and mailing following ordinary business practices.

☐ **VIA PERSONAL SERVICE** by causing a true copy thereof to be hand-delivered to the following person(s) or representative(s) at the address(es) listed below.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of February 2026, at Sacramento, California.

Kendra E. Ledoux

PROOF OF SERVICE

*City of Imperial v. County of Imperial, et al.*
Imperial County Superior Court Case No.: ECU004289

## SERVICE LIST

| | |
|---|---|
| Alene M. Taber<br>ALENE TABER LAW, APC<br>1820 West Orangewood, Suite 105<br>Orange, CA 92868<br>Telephone: (949) 678-8464<br>E-mail:  alene@alenetaberlaw.com | *Attorneys for Petitioner*<br>CITY OF IMPERIAL<br><br>**VIA E-Service and Mail** |
| Sebastian Rucci<br>LAW OFFICE OF SEBASTIAN RUCCI, P.C.<br>16400 Pacific Coast Highway, Suite 212<br>Huntington Beach, CA 92649<br>Telephone: (562) 901-0199<br>Fax: (562) 249-6910<br>Email: Sebastian@RucciLaw.com | *Attorneys for Real Parties and Defendants*<br>IMPERIAL VALLEY COMPUTER<br>MANUFACTURING, LLC<br><br>**VIA E-Service and Mail** |

**PROOF OF SERVICE**