UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF IMPERIAL, et al., <br><br> Defendants. | Case No.:  26-CV-128 JLS (BJW) <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND TAKING MATTER UNDER SUBMISSION** <br><br> (ECF No. 12) |

Presently before the Court is Defendants' Motion to Dismiss the Complaint ("Mot.," ECF No. 12).  Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriately decided on the papers without oral argument; accordingly, the Court **VACATES** the April 9, 2026, hearing and takes the Motion under submission.

**IT IS SO ORDERED.**

Dated:  March 30, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-128 JLS (BJW)