Sebastian Rucci (State Bar #178114)
LAW OFFICES OF SEBASTIAN RUCCI, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Tel:  (562) 901-0199
Cell: (760) 989-5100
Fax:  (562) 249-6910
Sebastian@Rucci.Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC | Case No:  26CV128 JLS BJW |
| Plaintiff | Judge: Hon. Janis L. Sammartino |
| vs. | |
| CITY OF IMPERIAL, et. al. | **VOLUNTARY DISMISSAL OF DEFENDANT KATIE TURNER** |
| Defendants | |

COME NOW plaintiff and **voluntarily dismiss defendant KATIE TURNER**. Fed. Rule Civ P. 41(a)(1)(A)(i) allows plaintiff to dismiss claims against any defendant by filing "a notice of dismissal" against that defendant "without court order" before that defendant "serves either an answer or a motion for summary judgment." Defendant Katie Turner has not filed an answer or motion for summary judgement, accordingly **all claims against defendant Katie Turner are voluntarily dismissed** pursuant to Fed R. Civ P 41(a)(1)(A)(i).

Respectfully submitted,

LAW OFFICES OF SEBASTIAN RUCCI, P.C.

Date: May 3, 2026          Sebastian Rucci (SBN 178114)
                           Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2026, I electronically filed the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT KATIE TURNER** with the Clerk of the Court using the CM/ECF system which will send notification to all the parties. I Further Certify That on March 16, 2026, the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT KATIE TURNER** was served electronically served on Defendant's counsel Konrad Rasmussen, at kmr@mmr4law.com from my law office email Sebastian@Rucci.Law. The transmission was complete and without error and I did not receive an electronic notification to the contrary.

LAW OFFICES OF SEBASTIAN RUCCI, P.C.

Date: May 3, 2026

Sebastian Rucci (SBN 178114)
Attorney for Plaintiffs