UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL VALLEY COMPUTER MANUFACTURING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, et al.,<br><br>Defendants. | Case No.:  26cv128-JLS(LR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EARLY NEUTRAL EVALUATION CONFERENCE, DISCOVERY CONFERENCE, OR STATUS CONFERENCE**<br><br>**[ECF No. 18]** |

On May 21, 2026, Plaintiff moved the Court to schedule an Early Neutral Evaluation conference ("ENE"), a discovery conference, and/or a status/case management conference pursuant to Civil Local Rule 16.1(c)(1).  (ECF No. 18.) In support of its request, Plaintiff states that more than four months have passed since the filing and service of the Complaint on Defendants City of Imperial, Katherine Burnsworth, Dennis Morita, Katie Turner, and Othon Mora ("Defendants").  (ECF No. 18 at 1.)  Plaintiff also notes that defense counsel declined to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) before an Answer is filed.  (Id. at 2.)

Civil Local Rule 16.1(c)(1) provides that "[a]t any time after the filing of a complaint and before an answer has been filed, counsel for any party may make a request

in writing to the judge in the case to hold an ENE conference, discovery conference or status/case management conference," and that "[u]pon receiving such request, the judge will examine the circumstances of the case and the reasons for the request and determine whether any such conference would assist in the reduction of expense and delay in the case." The Court notes that on March 2, 2026, Defendants moved to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (See ECF No. 12.) Plaintiff filed an opposition on March 17, 2026, and Defendants replied on April 2, 2026. (ECF Nos. 13, 16.) On May 26, 2026, the case was transferred from Magistrate Judge Brian J. White to Magistrate Judge Lupe Rodriguez, Jr. (ECF No. 19.)

Because the Motion to Dismiss remains pending before District Judge Sammartino, and Defendants have declined to meet and confer before filing an Answer, the Court finds that the circumstances of the case and Plaintiff's stated reasons do not warrant setting an ENE conference, a discovery conference, or a status conference at this time. Accordingly, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED**.

Dated: May 29, 2026

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge